Jennifer Sun (State Bar No. 228942)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539
Email:       jennifersun@jonesday.com

JS-6

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC., erroneously sued
as "Experian"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAMMY THOMAS,<br><br>            Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANSUNION & EXPERIAN and DOES 1 through 10 Inclusive,<br><br>            Defendants. | Case No. 2:19-cv-10153 MWF (ASx)<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint filed:  November 27, 2019 |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Tammy Thomas' claims against Defendant Experian Information Solutions, Inc. are dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs incurred herein.

Dated:  August 10, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge